NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CALVIN JONES, DOC #C02598,    )
                             )
          Appellant,         )
                             )
v.                           )          Case No. 2D18-4771
                             )
STATE OF FLORIDA,            )
                             )
          Appellee.          )
_____)

Opinion filed November 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Jalal A. Harb, Judge.

Rachael E. Reese of O'Brien Hatfield,
P.A., Tampa, for Appellant.


PER CURIAM.


          Affirmed.


MORRIS, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.